IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN RODRIGUEZ : <br> : <br> v. : <br> : NO. 23-CV-3753 SWR <br> NORTHEAST COMMUNITY CENTER : <br> FOR BEHAVIORAL HEALTH : | |

**O R D E R**

AND NOW, this 14th day of March, 2024, upon consideration of Defendant Northeast Community Center for Behavioral Health's Amended Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), docketed in this action as ECF Doc. No. 20, and Plaintiff's response thereto, it is hereby ORDERED that:

Defendant's Motion to Dismiss is GRANTED with respect to Plaintiff's request for punitive damages, which shall be stricken from his First Amended Complaint; and

Defendant's Motion to Dismiss is otherwise DENIED.


BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE